DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Rivers<br><br>Case below:<br>179 N.C. App. 656 | No. 569P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-90) | Denied<br>03/08/07 |
| State v. Roberson<br><br>Case below:<br>182 N.C. App. 133 | No. 707P05-2 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1645-2) | Denied<br>05/03/07 |
| State v. Rogers<br><br>Case below:<br>180 N.C. App. 474 | No. 028P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-99)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu* 03/08/07<br><br>2. Denied 03/08/07 |
| State v. Scott<br><br>Case below:<br>180 N.C. App. 462 | No. 016P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-300) | Denied<br>03/08/07 |
| State v. Shannon<br><br>Case below:<br>182 N.C. App. 350 | No. 177A07 | AG's Motion for Temporary Stay (COA06-418) | Allowed<br>04/17/07 |
| State v. Shelly<br><br>Case below:<br>181 N.C. App. 196 | No. 066P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1395) | Denied<br>05/03/07 |
| State v. Sloan<br><br>Case below:<br>180 N.C. App. 527 | No. 024A07 | 1. Def's (Sloan) NOA Based Upon a Constitutional Question (COA05-1513)<br><br>2. Def's (Sloan) PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu* 03/08/07<br><br>2. Denied 03/08/07 |
| State v. Stitt<br><br>Case below:<br>181 N.C. App. 150 | No. 075P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-238) | Denied<br>03/08/07<br><br>**Hudson, J., Recused** |